IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESLEY M POLLARD,** | : |
| **Plaintiff** | : |
| | : CIVIL ACTION NO. 3:18-CV-1381 |
| **v.** | : |
| | : (Judge Caputo) |
| **TAMMY FERGUSON,** *et al.,* | : |
| **Defendants** | : |

# O R D E R

**AND NOW**, this 20th day of **JULY, 2018,** upon consideration of Mr. Pollard's motion for appointment of counsel (ECF No. 4), it is hereby ordered that the motion is **DENIED**.

_____
**A. RICHARD CAPUTO**
**United States District Judge**