## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESLEY M POLLARD, | : | Civil No. 3:18-CV-01381 |
| Plaintiff, | : | |
| v. | : | |
| TAMMY FERGUSON, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment is **GRANTED**. (Doc. 35.)

2. Judgment is hereby **ENTERED** in favor of the Defendants and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania